# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JONES,<br><br>        Petitioner,<br><br>    vs.<br><br>PAUL LOZANO, Chief of Corrections,<br><br>        Respondent. | Case No. CV 13-06261-PA (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that petitioner's request for an evidentiary hearing is denied and that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

Dated: June 13, 2015

                                              PERCY ANDERSON
                                              UNITED STATES DISTRICT JUDGE