JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY JONES, | ) | Case No. CV 13-06261-PA (DTB) |
| Petitioner, | ) | |
| vs. | ) | **J U D G M E N T** |
| PAUL LOZANO, Chief of Corrections, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: June 13, 2015

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

**JS-6**